

08CV1007-H-CAB

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

     # 152510      - TC

        July 02, 2008
          11:16:36


         Habeas Corpus
USAO #.: 08CV1007
Judge..: MARILYN L HUFF
Amount.:                    $5.00 MO
Check#.: 10159984635



    Total->   $5.00



FROM: JAVIER ESPINOZA RODRIGUEZ
      VS
      JOHN C. MARSHALL
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ESPINOZA RODRIGUEZ,<br><br>                           Petitioner,<br>      v.<br>JOHN C. MARSHALL, Warden,<br><br>                           Respondent. | Civil No.   08cv1007-H (CAB)<br><br>**ORDER DISMISSING CASE**<br>**WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than August 6, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: June 11, 2008

                                                                  [signature redacted]
                                                                  United States District Judge

CC:    ALL PARTIES

MIME-Version:1.0 From:efile_information@casd.uscourts.gov To:casd.uscourts.gov Bcc: Message-Id:<2651184@casd.uscourts.gov>Subject:Activity in Case 3:08-cv-01007-H-CAB Rodriguez v. Marshall Order Dismissing Case Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

U.S. District Court

Southern District of California

**Notice of Electronic Filing**
The following transaction was entered on 6/11/2008 at 11:32 AM PDT and filed on 6/11/2008

**Case Name:**     Rodriguez v. Marshall

**Case Number:**   3:08-cv-1007

**Filer:**

**WARNING: CASE CLOSED on 06/11/2008**

**Document Number:**   3

**Docket Text:**
ORDER DISMISSING CASE without prejudice. If Petitioner wishes to proceed with this case, he must submit, no later than 08/06/2008, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Petitioner was mailed a blank IFP Application along with a copy of this order. Signed by Judge Marilyn L. Huff on 06/11/08. (ag)

**3:08-cv-1007 Notice has been electronically mailed to:**
Attorney General   docketingsdawt@doj.ca.gov
**3:08-cv-1007 Notice has been delivered by other means to:**
Javier Espinoza Rodriguez
V-15361
California Men's Colony
PO Box 8101
San Luis Obispo, CA 93409

The following document(s) are associated with this transaction: