1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  ERIKA HIRAMATSU, State Bar No. 190883
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2224
    Fax: (619) 645-2191
9   Email: Erika.Hiramatsu@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIER ESPINOZA RODRIGUEZ,** | 08-CV-1007 H (CAB) |
| Petitioner, | |
| v. | **REQUEST FOR FIRST ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS HABEAS PETITION (28 U.S.C. §2254)** |
| **JOHN C. MARSHALL, Warden,** | |
| Respondent. | |

I, Erika Hiramatsu, declare the following under penalty of perjury under the laws of the United States:

I am the deputy attorney general assigned to prepare Respondent's Motion to Dismiss Petitioner's habeas petition pursuant to this Court's July 8, 2008, Order in the above-entitled matter.

This is Respondent's first request for enlargement of time to file Respondent's Motion to Dismiss, which is due today, August 25, 2008.

While mindful of this Court's order that a request for an extension of time should be made in advance of the due date of the pleading, I respectfully request time to file the Motion be enlarged fifteen (15) days to and including September 9, 2008, for the following reasons:

1

1    According to my records, our office's closed file from Petitioner's direct appeal was requested from off-site storage on or about July 11, 2008. I was not involved in Petitioner's direct appeal and have no prior familiarity with his case. This matter was assigned to me on August 4, 2008. Although the file from appeal has yet to be located/delivered to me, I recently determined that documents Respondent has obtained from the state courts, along with documents filed in this Court by Petitioner, are sufficient to assert bases for a Motion to Dismiss.

My delay in filing a request for enlargement of time to file the Motion to Dismiss was due in part by the continued delay in locating our office's direct appeal file, my hope that I could draft the Motion prior to the due date, finding additional arguments to raise in the Motion, work on other matters assigned to me, and a debilitating migraine headache on Friday, August 22, 2008.

Petitioner is serving a state prison sentence of fourteen years, four months after a jury found him guilty of burglary (Cal. Penal Code § 459), attempting to dissuade a witness from reporting a crime (Cal. Penal Code § 136.1(b)(1)), having a concealed firearm in a vehicle while being an active participant of a criminal street gang (Cal. Penal Code § 12025(a)(1)), and carrying a loaded weapon while an active participant of a criminal street gang (Cal. Penal Code § 12031(a)(1)). The jury also found true that Petitioner personally used the firearm while attempting to dissuade the witness (Cal. Penal Code § 12022.5(a)(1)), and the trial court separately determined Petitioner had a prior serious or felony conviction under the "Three Strikes" law (Cal. Penal Code §§ 667(b)-(i), 1170.12(a)-(d)). The California Supreme Court denied Petitioner's petition for review on July 20, 2005. Petitioner filed his first state collateral action in July 2006.

In addition to this case, I have been working on Respondent's Answer to a federal habeas petition in *Woodall v. Hernandez*, No. 08-CV-1132 BTM (RBB) (S.D. Cal.), due Aug. 29, 2008, which I completed and submitted for supervisory review on Friday, August 22, 2008. I am also assigned to a case in the Ninth Circuit Court of Appeals, *Burton v. Adams*, No. 08-71762, to draft a Response to Petitioner's application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court. The Response is due September 8, 2008, after one 30-day enlargement of time.

///

1  An enlargement of time to file a Motion to Dismiss is required to allow sufficient time for
2  its supervisory review, revision, and clerical processing, as my assigned secretary is on vacation
3  until September 1, 2008.
4  For these reasons, I respectfully request the time for filing Respondent's Motion to
5  Dismiss be enlarged to and including **September 9, 2008.**
6  Dated: August 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/Erika Hiramatsu

ERIKA HIRAMATSU
Deputy Attorney General
Attorneys for Respondent

EH:ms
80275186.wpd
SD2008801783

# CERTIFICATE OF SERVICE

Case Name:   Javier Espinoza Rodriguez v. John C. Marshall, Warden

No.:   08-CV-1007 H (CAB)

I declare:

On August 25, 2008, I electronically filed the following document(s):

- **REQUEST FOR FIRST ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS HABEAS PETITION (28 U.S.C. § 2254)**
- **[PROPOSED] ORDER**

**Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

California Mens Colony East
Javier Espinoza Rodriguez
CDC No. V-15361
P.O. Box 8101
San Luis Obispo, CA 93409-8101

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 25, 2008, at San Diego, California.

Monica E. Seda
Declarant

Signature

SD2008801783
ECF POS.wpd