UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ESPINOZA RODRIGUEZ,<br><br>                                  Petitioner,<br><br>         v.<br><br>JOHN C. MARSHALL, Warden,<br><br>                                  Respondent. | Civil No.   08cv1007 H (CAB)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR AN ENLARGEMENT OF TIME TO FILE A MOTION TO DISMISS** **[Doc. No. 6.]** |

   Good cause appearing, Respondent's request for an enlargement of time to file a motion to dismiss is **GRANTED**.  Respondent may file a motion to dismiss no later than **September 9, 2008**.

   **IT IS SO ORDERED**.

DATED:  August 25, 2008

                                                                  _____
                                                                  **CATHY ANN BENCIVENGO**
                                                                  United States Magistrate Judge